UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80078-DMM

**NELSON FERNANDEZ**,

      Plaintiff,

vs.

**SHAPIRO FAMILY DENTISTRY, P.A.**,

      Defendant.

_____/

## <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Civil Procedure NELSON FERNANDEZ, pursuant to Rule 41(a)(1)(A)(i) of the Federal

Rules of Civil Procedure, hereby voluntarily dismisses all his claims in this action *with prejudice*,

with each party to bear his/its own attorney's fees and costs.

      Dated:  February 29, 2024

      Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 N. Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*____ | By ___*s/ Pelayo M. Duran*_____ |
|    RODERICK V. HANNAH |    PELAYO M. DURAN |
|    Fla. Bar No. 435384 |    Fla. Bar No. 0146595 |